UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHELINE PIERRE,<br><br>      Plaintiff,<br><br>-against-<br><br>JOHN DOE, ET AL. BRINKS INC.,<br><br>      Defendant. | 1:24-CV-6127 (LTS)<br><br>TRANSFER ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 14, 2024, and entered the next day, August 15, 2024, the Court transferred a previously filed *pro se* action brought by Plaintiff against the same defendant *sua sponte* to the United States District Court for the Eastern District of New York, under 28 U.S.C. § 1404(a). *Pierre v. John Doe, et al. Brinks Inc.*, ECF 1:24-CV-5974, 5 (S.D.N.Y. Aug. 14, 2024).

On August 6, 2024, Plaintiff filed the complaint commencing this *pro se* action; it was entered on the court's docket on August 15, 2024, and it is virtually identical to the complaint filed in *Pierre*, No. 1:24-CV-5974. Accordingly, for the reasons articulated in the Court's August 14, 2024 order in *Pierre*, No. 1:24-CV-5974, this Court also transfers this action *sua sponte* to the United States District Court for the Eastern District of New York, under Section 1404(a).

## CONCLUSION

The Court directs the Clerk of Court to transfer this action to the United States District Court for the Eastern District of New York. *See* 28 U.S.C. § 1404(a). Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this court. This order closes this action in this court.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 5, 2024
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge